# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

Anthony J. Fernicola

-v-

Toyota Motor Corporation

---------------------------------------------------

Document # 5

USCA NO. _____

SDNY NO. 07cv3760
JUDGE: AKH
DATE: 7/2/2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------

DOCUMENTS

DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( ✓ ) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __2nd__ Day of __July__, 2007.

United States District Court for
the Southern District of New York
-------------------------------------------------
Anthony J. Fernicola

-v-

Toyota Motor Corporation
-------------------------------------------------

Date: 7/2 / 2007
U.S.C.A. # _____

U.S.D.C. # 07cv3760

D.C. JUDGE  AKH

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through 4 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

                    **BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this  2nd  Day of  July  In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03760-AKH
### Internal Use Only

Fernicola v. Toyota Motor Corporation
Assigned to: Judge Alvin K. Hellerstein
Cause: 28:1331 Fed. Question: Other

Date Filed: 05/14/2007
Date Terminated: 05/23/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2007 | 1 | PETITION TO VACATE ARBITRATION. Document filed by Anthony J. Fernicola.(laq) (Entered: 05/22/2007) |
| 05/14/2007 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 05/22/2007) |
| 05/23/2007 | 2 | ORDER OF DISMISSAL OF CASE FOR LACK OF SUBJECT MATTER JURISDICTION purs to Rule 12(b)(1), FRCP. The Clerk shall mark this case as closed. (Signed by Judge Alvin K. Hellerstein on 5/17/07) (djc) Modified on 6/6/2007 (Clark, Dolores). (Entered: 06/04/2007) |
| 06/19/2007 | 3 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED ON APPEAL IN FORMA PAUPERIS. Document filed by Anthony J. Fernicola.(ae) (Entered: 06/29/2007) |
| 06/19/2007 | 4 | NOTICE OF APPEAL from [2] Order of Dismissal. Document filed by Anthony J. Fernicola. Copies sent to attorney(s) of record: Simmons, Jannace & Stagg, L.L.P. (tp) (Entered: 07/02/2007) |
| 06/19/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Anthony J. Fernicola. $455.00 APPEAL FEE DUE. (tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 07/02/2007) |